AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

**MIDDLE DISTRICT OF PENNSYLVANIA**

                                              **AMENDED JUDGMENT**
                                              **IN A CIVIL CASE**

JOHN MCLAUGHLIN,

       Plaintiff,

       v.                         CASE NUMBER: 3:00-CV-0521

MICHAEL FISHER, GERALD PAPPERT, BRUCE SARTESCHI, DAVID KWAIT, and JAMES CAGGIANO,

       Defendants.

**X**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on February 7, 2003.

☐   **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**It Is Ordered and Adjudged**

      that Judgment be and is hereby entered in favor of Plaintiff, John McLaughlin, and against Defendant, James Caggiano, in the amount of $ 12,500.00 (twelve thousand five hundred dollars), plus, per November 18th, 2005 Order of Court, interest through November 18, 2005 of $456.11 for a total of $12,956.11.

**Date:** November 21, 2005                 **MARY E. D'ANDREA, CLERK**

                                                                 */s/ Richard K. Miller*
                                                                  Richard K. Miller
                                                                 **(By) Deputy Clerk**